**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02399-CMA-BNB

CHRISTOPHER SPELKE,

    Plaintiff,

v.

HCC MEDICAL INSURANCE SERVICES, LLC, f/k/a Multinational Underwriters, LLC,
HCC INSURANCE HOLDINGS, INC.,
CERTAIN UNDERWRITERS AT LLOYD'S LONDON, and
ATLAS/INTERNATIONAL CITIZEN GROUP INSURANCE TRUST
   HAMILTON, BERMUDA,

    Defendants.

---

**ORDER GRANTING DISMISSAL OF PARTIES**

---

This matter is before the Court on the parties' Stipulation for Dismissal and Modification of Case Caption (Doc. # 4).  The Court has reviewed the Stipulation and ORDERS as follows:

Defendants HCC Insurance Holdings, Inc. and Atlas/International Citizen Group Insurance Trust Hamilton Bermuda are hereby DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of HCC Insurance Holdings, Inc. and Atlas/International as Defendants in this case.

    DATED: October __14__, 2009　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Christine M Arguello_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHRISTINE M. ARGUELLO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge