IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02399-CMA-BNB

CHRISTOPHER SPELKE,

Plaintiff,

v.

HCC MEDICAL INSURANCE SERVICES, LLC f/k/a MULTINATIONAL UNDERWRITERS, LLC, and
CERTAIN UNDERWRITERS AT LLOYD'S LONDON, subscribing to Certificate no.: 19288164,

Defendants.
_____

# ORDER
_____

This matter arises on **Plaintiff's Motion to Compel Defendant HCC Medical Insurance Services, LLC's Written Discovery Responses** [Doc. # 16, filed 3/4/2010] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED with respect to Interrogatories No. 5, 6, and 7, and with respect to Production Requests No. 1, 2, and 4.

IT IS FURTHER ORDERED that the Motion to Compel is DENIED as moot with respect to Production Request No. 7, all responsive documents having been produced.

IT IS FURTHER ORDERED that the Motion to Compel is DENIED with respect to Interrogatories No. 3 and 4 which are improper blockbuster interrogatories.

IT IS FURTHER ORDERED that the defendant shall make supplemental discovery responses and produce additional documents (if any) consistent with this Order and in full compliance with the formalities of the Federal Rules of Civil Procedure on or before **March 26, 2010**.

IT IS FURTHER ORDERED that the plaintiff's request for attorneys fees is DENIED.

Dated March 19, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge