IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02399-CMA-BNB

CHRISTOPHER SPELKE,

    Plaintiff,

v.

HCC MEDICAL INSURANCE SERVICES, LLC, f/k/a Multinational Underwriters, LLC,
HCC INSURANCE HOLDINGS, INC.,
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO
CERTIFICATE NO. 19288164,

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

---

THIS MATTER is before the Court on the Stipulated Motion for Dismissal of Plaintiff's Claims Against Defendants with Prejudice (Dkt. # 44), filed April 23, 2010]. The Court having considered the Motion, hereby

ORDERS that this action be dismissed with prejudice, each party to pay his, her or its own costs and attorneys' fees.

DATED: April 26, 2010.

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge